NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAURENCE ROBERT SPINDLER,          )
DOC #144314,                       )
                                   )
            Appellant,             )
                                   )
v.                                 )   Case No. 2D18-2059
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____  )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada,
Judge.

Laurence Robert Spindler, pro se.

PER CURIAM.


            Affirmed.


KELLY, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.